No. 301.   RADIANT POINT PEN CORP. *v.* C. HOWARD HUNT PEN Co. October 18, 1943. Petition for writ of

774

certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Asher Blum* for petitioner. *Mr. Harvey L. Lechner* for respondent.